Joseph E. Mais (#005470)
Shane R. Swindle (#011738)
Barry G. Stratford (#029923)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JMais@perkinscoie.com
SSwindle@perkinscoie.com
BStratford@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> Burford Capital Ltd., and Ganymede Investments Ltd., <br><br> Defendants. | No. 2:18-CV-03300-DJH <br><br> **DECLARATION OF BARRY G. STRATFORD IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER REGARDING THE PARTIES' MIDP OBLIGATIONS** |

I, Barry G. Stratford, declare the following:

1. I am an attorney admitted to practice law in the State of Arizona and in the United States District Court for the District of Arizona. I am an associate in the law firm of Perkins Coie LLP, and I am counsel of record for defendants in this matter. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email titled "'UPDATED' Modification to Mandatory Initial Discovery Pilot" that I received on November 1, 2018 as a subscriber to the Electronic Case Filing for the U.S. District Court, District of Arizona.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  DATED: November 19, 2018 at Phoenix, Arizona

_____
Barry G. Stratford

142178328.1