Joseph E. Mais (#005470)
Shane R. Swindle (#011738)
Barry G. Stratford (#029923)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JMais@perkinscoie.com
SSwindle@perkinscoie.com
BStratford@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., | No. 2:18-CV-03300-DJH |
| Plaintiffs, | **LRCiv 7.2(j) DECLARATION OF JOSEPH E. MAIS IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY** |
| vs. | |
| Burford Capital Ltd., and Ganymede Investments Ltd., | |
| Defendants. | |

I, Joseph E. Mais, declare the following:

1. I am an attorney admitted to practice law in the State of Arizona and in the United States District Court for the District of Arizona. I am a partner in the law firm of Perkins Coie LLP, and I am counsel of record for defendants in this matter. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto. I submit this declaration in satisfaction of LRCiv 7.2(j).

2. On November 16, 2018, I spoke by telephone with counsel for Plaintiff, Stefan Palys, in a sincere effort to resolve the issues raised in Defendants' Motion to Stay Discovery. The parties were unable to satisfactorily resolve the matter prior to the filing of Defendants' Motion to Stay Discovery. Attached hereto as **Exhibit A** is a true and correct

1  copy of email correspondence with Mr. Palys dated November 16, 2018 summarizing
2  those efforts.

4      I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct.
6      DATED: November 19, 2018 at Phoenix, Arizona

*Joseph E. Mais*

Joseph E. Mais

142163793.1