# Exhibit A

**Stratford, Barry G. (PHX)**

| | |
|---|---|
| From: | Mais, Joseph (PHX) |
| Sent: | Friday, November 16, 2018 1:59 PM |
| To: | stefan.palys@stinson.com; jeffrey.goulder@stinson.com |
| Cc: | Swindle, Shane (PHX); Stratford, Barry G. (PHX) |
| Subject: | RE: ROI Properties v. Burford Capital |

Stefan:

Thanks for your prompt response by phone. This will confirm that your clients are unwilling to stipulate to the relief we requested –that neither party will issue any discovery requests until after the Court has ruled on defendants' motion to compel arbitration and dismiss or stay the litigation—and actually have a present intent to issue discovery requests before the ruling. This will further confirm that the parties were unable reach agreement, notwithstanding personal consultation and good faith efforts to do so.

Best,

Joe

**Joseph E. Mais | Perkins Coie LLP**
PHONE: 602-351-8280

**From:** Mais, Joseph (PHX)
**Sent:** Friday, November 16, 2018 1:02 PM
**To:** stefan.palys@stinson.com; jeffrey.goulder@stinson.com
**Cc:** Swindle, Shane (PHX) <SSwindle@perkinscoie.com>; Stratford, Barry G. (PHX) <BStratford@perkinscoie.com>
**Subject:** ROI Properties v. Burford Capital

Gentlemen:

I write to request your agreement that neither party will issue any discovery requests until after the Court has ruled on defendants' motion to compel arbitration and dismiss or stay the litigation. If you are unwilling to confirm this agreement by return email, please let me know when you would be available to discuss the issues to see if we can reach agreement, as required by Local Rule 7.2(j). Defendants are prepared to file a Motion to Stay Discovery in the event we are unable to reach agreement.

Thanks,

Joe

**Joseph E. Mais | Perkins Coie LLP**
PHONE: 602-351-8280