AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:18-cv-03300-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* The Baupost Group LLC
on *(date)* 12/18/18.

☒ I served the subpoena by delivering a copy to the named person as follows: by giving in hand to Atty. Matt O'Connor, Counsel and person authorized to accept service. on *(date)* 12/19/18 @ 11:45 A.M.

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____

My fees are $ 10 for travel and $ 75 for services, for a total of $ ~~0.00~~ 85.

I declare under penalty of perjury that this information is true.

Date: 12/19/18

*Server's signature*

James Burke, Constable Boston, MA
*Printed name and title*   Badge #1012

PO Box 51576, Boston, MA 02205
*Server's address*

Additional information regarding attempted service, etc.:

* Service included cover letter, affidavit, Exhibit "A", Exhibit 1 for a total of 17 pages.