Michael C. Manning (#016255)
Jeffrey Goulder (#010258)
Stefan Palys (#024752)
James Camoriano (#034181)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona  85004-4584
Tel:  (602) 279-1600
Fax:  (602) 240-6925
michael.manning@stinson.com
jeffrey.goulder@stinson.com
stefan.palys@stinson.com
james.camoriano@stinson.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> Burford Capital Ltd., and Ganymede Investments Ltd., <br><br> Defendants. | No.: 2:18-cv-03300-DJH <br><br> **JOINT STATUS REPORT** <br><br> (Hon. Diane J. Humetewa) |

The Court previously directed the parties to submit a joint status report as to the status of arbitration on or before April 14, 2019. *See* Order (Doc. 48). Epicenter Loss Recovery, L.L.C. has not yet commenced the arbitration proceeding.

1  RESPECTFULLY SUBMITTED this 11th day of April, 2019.

**STINSON LEONARD STREET LLP**

*/s/ Jeffrey J. Goulder*
Michael C. Manning
Jeffrey J. Goulder
Stefan M. Palys
James Camoriano
1850 N Central Ave., Ste. 2100
Phoenix, AZ 85004
*Attorneys for Plaintiff*

**PERKINS COIE LLP**

*/s/ Shane R. Swindle (with permission)*
Shane R. Swindle
Joseph E. Mais
Barry G. Stratford
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
*Attorneys for Defendants*

CORE/3506557.0002/151897561.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

>Shane R. Swindle
>Joseph E. Mais
>Barry G. Stratford
>PERKINS COIE LLP
>2901 North Central Avenue, Suite 2000
>Phoenix, AZ 85012-2788
>sswindle@perkinscoie.com
>jmais@perkinscoie.com
>bstratford@perkinscoie.com
>*Attorneys for Defendants*
>*Burford Capital Ltd., and*
>*Ganymede Investments Ltd.*

I hereby certify that on April 11, 2019, courtesy copy was mailed to:

>Honorable Diane J. Humetewa
>Sandra Day O'Connor
>United States District Court
>401 W. Washington Street
>SPC 81, Suite 625
>Phoenix, AZ 85003-2161

*/s/ Joanne McClearn*

3

151897561.1