Michael C. Manning (#016255)
Jeffrey Goulder (#010258)
Stefan Palys (#024752)
James Camoriano (#034181)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona  85004-4584
Tel:  (602) 279-1600
Fax:  (602) 240-6925
michael.manning@stinson.com
jeffrey.goulder@stinson.com
stefan.palys@stinson.com
james.camoriano@stinson.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C.,<br><br>           Plaintiff,<br><br>     vs.<br><br>Burford Capital Ltd., and Ganymede Investments Ltd.,<br><br>           Defendants. | No.:  2:18-cv-03300-DJH<br><br>**NOTICE RE: JOINT STATUS REPORT**<br><br>(Hon. Diane J. Humetewa) |

Epicenter Loss Recovery, L.L.C. ("ELR") submits this notice to give context to why it has not commenced arbitration yet, as stated in the just-filed Joint Status Report.  ELR has not yet commenced the arbitration proceeding because it is in the process of selecting a litigation funding investor.  It expects to commence that proceeding in the next three months. ELR had proposed that this information be in the joint report, but Defendants objected, consequently ELR provides this notice.

151927501.1

RESPECTFULLY SUBMITTED this 11th day of April, 2019.

**STINSON LEONARD STREET LLP**

*s/ Jeffrey J. Goulder*
Michael C. Manning
Jeffrey J. Goulder
Stefan M. Palys
James Camoriano
1850 N Central Ave., Ste. 2100
Phoenix, AZ 85004
*Attorneys for Plaintiff*

2

151927501.1

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

>Shane R. Swindle
>Joseph E. Mais
>Barry G. Stratford
>PERKINS COIE LLP
>2901 North Central Avenue, Suite 2000
>Phoenix, AZ 85012-2788
>sswindle@perkinscoie.com
>jmais@perkinscoie.com
>bstratford@perkinscoie.com
>*Attorneys for Defendants*
>*Burford Capital Ltd., and*
>*Ganymede Investments Ltd.*

I hereby certify that on April 11, 2019, courtesy copy was mailed to:

>Honorable Diane J. Humetewa
>Sandra Day O'Connor
>United States District Court
>401 W. Washington Street
>SPC 81, Suite 625
>Phoenix, AZ 85003-2161

*s/ Joanne McClearn*

151927501.1

3