Shane R. Swindle (#011738)
Joseph E. Mais (#005470)
Barry G. Stratford (#029923)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile:   602.648.7000
SSwindle@perkinscoie.com
JMais@perkinscoie.com
BStratford@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., | No. 2:18-CV-03300-DJH |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| Burford Capital Ltd., and Ganymede Investments Ltd., | |
| Defendants. | |

The Court previously directed the parties to submit a joint status report as to the status of arbitration on or before August 14, 2019. *See* Order (Doc. 52); *see also* Order (Doc. 48). Epicenter Loss Recovery, L.L.C., has not yet commenced the arbitration proceeding.

| | | |
|---|---|---|
| 1 | DATED: August 14, 2019 | **THE QUINLAN LAW FIRM, LLC** |
| 2 | | |
| 3 | | By: *s/ William J. Quinlan (w/permission)* |
| 4 | | William J. Quinlan<br>2415 E. Camelback Road, Suite 700<br>Phoenix, Arizona 85016 |
| 5 | | |
| 6 | | *Attorneys for Plaintiff* |
| 9 | DATED: August 14, 2019 | **PERKINS COIE LLP** |
| 10 | | |
| 11 | | By: *s/ Barry G. Stratford* |
| 12 | | Shane R. Swindle<br>Joseph E. Mais<br>Barry G. Stratford<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2788 |
| 14 | | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on August 14, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed below.

William J. Quinlan
The Quinlan Law Firm, LLC
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Attorneys for Plaintiff

                               *s/ Janet Roe*

145330539.2