**THE QUINLAN LAW FIRM, LLC**
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Tel: (312) 629-6012
William J. Quinlan, State Bar No. 028679
E-Mail: wjq@quinlanfirm.com

Attorneys for Epicenter Loss Recovery, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., | No. 2:18-cv-03300-PHX-DJH |
| Plaintiff, | |
| vs. | **PLAINTIFF'S RESPONSE RE: ORDER TO SHOW CAUSE** |
| Burford Capital Ltd. and Ganymede Investments Ltd., | (Hon. Diane J. Humetewa) |
| Defendants. | |

Plaintiff Epicenter Loss Recovery LLC, by and through undersigned counsel, hereby responds to the Court's August 22, 2019, Order to show cause (*see* ECF No. 57) as follows:

The initial complaint in this matter was filed on May 11, 2018, in the Superior Court of Arizona, Maricopa County. The First Amended Complaint was filed on May 15, 2018. On October 15, 2018, Defendants Burford Capital Limited and Ganymede Investments Limited (collectively, "Defendants") removed the matter to this Court and also filed a motion to compel arbitration. (*See* ECF Nos. 1, 5.)

On January 14, 2019, this Court entered an order granting the motion to compel arbitration, and staying this action pending arbitration. (ECF No. 48.) The Court further

ordered that the parties shall file a Joint Status Report as to the status of arbitration on or before April 14, 2019, and thereafter every three months.

On April 11, 2019, Plaintiff's then-counsel filed a Joint Status Report stating that Plaintiff had not yet commenced the arbitration proceeding. (ECF No. 49.) That counsel subsequently moved to withdraw as attorney for Plaintiff on June 10, 2019, which the Court granted on June 12. (ECF Nos. 51-52.) The Court's June 12 Order also extended the next Joint Status Report Deadline to August 14, 2019, and directed Plaintiff to retain new counsel. (ECF No. 52.) The undersigned counsel appeared for Plaintiff on August 8. (ECF No. 54.) On August 14, Defendants filed a Joint Status Report, advising the Court that the arbitration had not yet commenced. (ECF No. 56.)

On August 22, 2019, the Court entered an Order requiring Plaintiff to show cause why the Court should not dismiss this matter for failing to commence arbitration. (ECF No. 57.) The Court's Order to show cause noted that it will not stay this matter indefinitely and that it appears that Plaintiff is no closer to commencing arbitration now than it was four months ago. (*Id.*)

As set forth in the Declaration of Bruce Gray in support of Plaintiff's response to the Court's Order to show cause, Plaintiff has been working diligently to obtain the necessary funding to proceed with the arbitration through litigation funding companies. The costs of arbitration are substantial, including a several hundred thousand dollar filing fee. As set forth in the attached Declaration, Plaintiff believes that it will have the necessary funding to proceed with the arbitration by the end of October 2019.

RESPECTFULLY SUBMITTED this 28th day of August, 2019.

THE QUINLAN LAW FIRM, LLC

/s/ William J. Quinlan
William J. Quinlan

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the forgoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF Registrants in this matter.

/s/ Nicole Griesbach