**THE QUINLAN LAW FIRM, LLC**
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Tel: (312) 629-6012
William J. Quinlan, State Bar No. 028679
E-Mail: wjq@quinlanfirm.com

Attorneys for Epicenter Loss Recovery, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., | No. 2:18-cv-03300-PHX-DJH |
| Plaintiff, | (Hon. Diane J. Humetewa) |
| v. | |
| Burford Capital Ltd. and Ganymede Investments Ltd., | **DECLARATION OF BRUCE GRAY IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| Defendants. | |

I, Bruce W. Gray, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, submit this Declaration in support of Plaintiff's Response to the Court's August 22, 2019, Order to Show Cause, and declare as follows:

1. I am a United States citizen, a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court or other proceeding I could and would give the following testimony based upon my own personal knowledge unless otherwise stated.

2. I am the sole member of the Plaintiff in this matter, Epicenter Loss Recovery LLC ("Epicenter").

3. Epicenter is eager to move this matter forward as quickly as possible. There is no benefit to Epicenter by delaying the resolution of its claims against Defendant Burford Capital Ltd. ("Burford").

4. Epicenter's original 2009 agreement with Burford called for disputes to be arbitrated in London under UK law. Circa 2012/2013, that original agreement was replaced by a debt instrument. The negotiations over the terms of that debt instrument took nearly a year to complete. The dispute with Epicenter involves significant funds and due to the complexity of the documents, will likely take time to resolve and fully address.

5. In order to proceed with the London arbitration, Epicenter needs litigation funding due to the enormous expense of doing so. Prior counsel informed me that the London arbitration deposit alone is hundreds of thousands of dollars. And, prior counsel advised that the anticipated costs and attorneys' fees to prosecute the London arbitration exceed one million dollars.

6. I have spent the past several months diligently working to find a reputable litigation funding company to enable Epicenter to prosecute its claims against Burford, while simultaneously working 80 hours per week to save my company and everything my family owns that has been jeopardized by Burford's conduct that led to this dispute.

7. Since April of this year, I have been engaged in discussions regarding this case with several well-known litigation funders, including Bentham IMF; Stifel, Nicolaus & Company, Inc.; and Cedar Glade Capital, LLC.

8. Epicenter's dispute with Burford has significant history and complexity such that it requires extensive discussion with potential funders to evaluate the case. The task is further complicated by the fact that the relatively nascent litigation funding universe is small. As a result, some litigation funding firms I contacted ultimately declined due to conflicts. For example, one of the litigation funders was extremely eager to take on the case but ultimately concluded there was no way to clear conflicts given that one or more of the top executives had first-hand knowledge of the case and could potentially be called as a critical fact witness.

9. I am firmly committed to moving this litigation forward promptly. I have also recently been provided names of other litigation funders that do not appear to have conflicts.

These funders could be a good fit to support and finance the litigation of Epicenter's claims against Burford through judgment. I have also been in talks with another law firm that would handle the arbitration on contingency. These discussions are ongoing, and I am working to see these discussions through and move this matter forward in arbitration.

10. In addition to working with litigation funders, I have also been preparing to sell significant assets to raise additional monies that may cover the arbitration proceedings. The release of earnest money in connection with that sale of assets will occur in the October-November time period, which will exceed one million dollars.

11. Based on my discussions to date with litigation funding companies, new leads for financing, and the referenced law firm to handle the arbitration, I expect that Epicenter will have the means to move forward with its formal demand for arbitration by the end of October 2019.

12. I therefore respectfully request that the Court keep the existing stay order in place to allow Epicenter the time necessary to contract for the financing necessary to prosecute Epicenter's claims against Burford.

/s/Bruce W. Gray
Bruce W. Gray

Date: August 28, 2019