IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Burford Capital Limited, et al.,<br><br>　　　　　　Defendants. | No. CV-18-03300-PHX-DJH<br><br>**ORDER** |

　　　　Before the Court is the parties' January 31, 2020 Status Report (Doc. 61). The Court granted Defendants' Motion to Compel Arbitration on January 14, 2019, and stayed the matter pending the arbitrator's decision regarding the arbitrability of Plaintiff's claims. (Doc. 48 at 11-12).

　　　　In the year following the Court's Order, Plaintiff has not commenced arbitration. In fact, Plaintiff represents in the January 31, 2020 Status Report that it "is on the verge of commencing the arbitration proceeding . . . ." (Doc. 61 at 1-2). As Defendants correctly point out, "Plaintiff has been saying that arbitration is imminent for a year, yet arbitration has yet to be commenced." (*Id.* at 2). For example, Plaintiff represented in August that it expected to commence arbitration by the end of October 2019; however, October came and went without arbitration being commenced. (Doc. 58 at 2). Due to Plaintiff's failure to diligently commence arbitration, the Court finds that the stay in this matter no longer promotes judicial economy, and therefore, pursuant to the Court's inherent power to control its docket, the Court will lift the stay in this matter and dismiss the action without

prejudice. *See Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 21 n.23 (1983) (noting that in some cases, of course, it may be advisable to stay litigation pending the outcome of the arbitration; however, "[t]hat decision is one left to the district court . . . as a matter of its discretion to control its docket.").

Accordingly,

**IT IS ORDERED** that the stay in this matter is lifted and this matter is dismissed without prejudice.

Dated this 3rd day of February, 2020.

Honorable Diane J. Humetewa
United States District Judge

- 2 -