William J. Quinlan, State Bar No. 028679
**THE QUINLAN LAW FIRM, LLC**
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Telephone: 312.629.6012
Facsimile: 312.971.1070
E-Mail: wjq@quinlanfirm.com

Attorneys for Epicenter Loss Recovery, L.L.C.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Epicenter Loss Recovery, L.L.C., | No. 2:18-CV-03300-DJH |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| Burford Capital Ltd., and Ganymede Investments Ltd., | (Hon. Diane J. Humetewa) |
| Defendants. | |

The Court, having stayed the instant action until further order of the Court on June 11, 2021, directed the parties to file a Joint Status Report on or before September 11, 2021, and thereafter every three (3) months. (ECF no. 71.) At this time, the parties report that the final hearing on this arbitration will take place January 16 to February 1, 2023. Expert reports have been exchanged and pre-hearing briefs are due on December 14.

Date: December 12, 2022.

**THE QUINLAN LAW FIRM, LLC**

/s/ William J. Quinlan
William J. Quinlan
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
*Attorneys for Plaintiff*

**PERKINS COIE, LLP**

/s/ Shane R. Swindle (*with permission*)
Shane R. Swindle
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
*Attorneys for Defendants*