William J. Quinlan, State Bar No. 028679
**THE QUINLAN LAW FIRM, LLC**
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Telephone: 312.629.6012
Facsimile: 312.971.1070
E-Mail: wjq@quinlanfirm.com

Attorneys for Epicenter Loss Recovery, L.L.C.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., <br><br>Plaintiff, <br><br>vs. <br><br>Burford Capital Ltd., and Ganymede Investments Ltd., <br><br>Defendants. | No. 2:18-CV-03300-DJH <br><br>**JOINT STATUS REPORT** <br><br>(Hon. Diane J. Humetewa) |

The Court, having stayed the instant action until further order of the Court on June 11, 2021, directed the parties to file a Joint Status Report on or before September 11, 2021, and thereafter every three (3) months. (ECF no. 71.) At this time, the parties report that the London arbitration concluded on February 1, 2023 and the parties are awaiting the decision which is expected in May 2023.

Date: March 8, 2023.

**THE QUINLAN LAW FIRM, LLC**

/s/ William J. Quinlan
William J. Quinlan
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
*Attorneys for Plaintiff*

**PERKINS COIE, LLP**

/s/ Shane Swindle (*w/permission*)
Shane R. Swindle
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
*Attorneys for Defendants*