Shane R. Swindle (#011738)
Barry G. Stratford (#029923)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
SSwindle@perkinscoie.com
JMais@perkinscoie.com
BStratford@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Epicenter Loss Recovery, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> Burford Capital Ltd., and Ganymede Investments Ltd., <br><br> Defendants. | No. 2:18-CV-03300-DJH <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL STATUS REPORT** |

Defendants respond to Plaintiff's June 15, 2023 Supplemental Status Report (Doc. 83) as follows:

While there are further proceedings before the London Court of International Arbitration to determine the extent of Epicenter's liability to Defendants, it is settled and not disputed that the Tribunal has dismissed the entire case and decided that Epicenter breached the arbitration agreement by bringing the present action. Nothing that remains to be decided by the Tribunal will alter these fundamental conclusions. There is thus no reason for Epicenter to delay its dismissal of this improvidently commenced case and thereby bring to an end Defendants' wasteful spending on this matter. Should Epicenter not dismiss the matter immediately, Defendants will seek further costs and damages from its continuation.

| | | |
|---|---|---|
| 1 | DATED: June 21, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: *s/ Shane R. Swindle* |
| 4 | | Shane R. Swindle |
| | | Barry G. Stratford |
| 5 | | 2901 North Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012-2788 |
| 6 | | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on June 21, 2023, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed below.

William J. Quinlan
The Quinlan Law Firm, LLC
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606

Attorneys for Plaintiff

*s/ Shawne Murphy*

162556109.1

-3-